# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen A. Hodgson

Case No. Civil 00-1317JRT/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Mary Jane Cole, Deborah A. Bushnell,
Christine Hodgson, Kevin Hodgson,
Martha Hodgson Lee, Teresa Hodgson and
Jane and John Doe

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a).

DATE: July 26, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk